E-FILED
Thursday, 04 June, 2020 09:15:59 AM
Clerk, U.S. District Court, ILCD

FILED
JUN - 3 2020
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal No. 20-20036 |
| v. | ) ) | Title 18, United States Code, Sections |
| JAMES RUSSIAN, | ) ) ) ) | 2422(b); 2251(a) and (e); 1591(a)(1), (b)(1), (b)(2), and (c); 2252A(a)(2)(A); 2428 and 2253. |
| Defendant. | ) ) | |

### INDICTMENT

#### COUNT ONE
(Enticement of a Minor)

**THE GRAND JURY CHARGES:**

On or between April 14, 2020, and April 24, 2020, in Champaign County, in the Central District of Illinois, and elsewhere,

**JAMES RUSSIAN,**

the defendant herein, used a facility and means of interstate commerce, the Internet and a cellular telephone, to knowingly attempt to persuade, induce, and entice an individual who he believed had not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense, to wit, Predatory Criminal Sexual Assault of a Child, in violation of Illinois statute 720 ILCS 5/11-1.40(a).

All in violation of Title 18, United States Code, Sections 2422(b).

## COUNT TWO
(Sexual Exploitation of a Child)

**THE GRAND JURY FURTHER CHARGES:**

On or between April 14, 2020, and April 24, 2020, in Champaign County, in the Central District of Illinois, and elsewhere,

**JAMES RUSSIAN,**

defendant herein, knowingly attempted to use, persuade, induce, entice and coerce a minor to engage in sexually explicit conduct, for the purpose of producing any visual depiction of such conduct, the defendant knowing and having reason to know that said visual depiction would be transported and transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and said visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT THREE
(Sex Trafficking of Children)

**THE GRAND JURY FURTHER CHARGES:**

On or between April 14, 2020, and April 24, 2020, in Champaign County, in the Central District of Illinois, and elsewhere,

**JAMES RUSSIAN,**

defendant herein, did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, patronize, solicit, and maintain, by any

means, and attempted to do so, a person who had not attained the age of 18 years, knowing and in reckless disregard of the fact that the person had not attained the age of 18 years, and caused the person to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1), (b)(2), and (c).

## COUNT FOUR
(Receipt of Child Pornography)

**THE GRAND JURY FURTHER CHARGES:**

On or about April 15, 2020, in Champaign County, in the Central District of Illinois, and elsewhere,

**JAMES RUSSIAN,**

knowingly attempted to receive child pornography, as defined in Title 18, United States Code, Sections 2256(8)(A) and (B), including visual depictions of minors engaging in sexually explicit conduct, said child pornography having been shipped or transported using any means or facility of interstate or foreign commerce, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

## FORFEITURE NOTICE

1. The charge contained in Counts One through Four are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Sections 2253 and 2428.

2. For his engagement in the violations alleged in Counts One through Four,

**JAMES RUSSIAN,**

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253 and 2428, all interest in:

    a.    Any visual depictions or other matter containing such visual depictions which were produced, transported, mailed, shipped, received, or possessed as alleged in Counts One through Five of this Indictment;

    b.    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Count One through Four of this Indictment; and

    c.    Any property, real or personal, used or intended to be used to commit or promote the commission of the offenses alleged in Counts One through Four of this Indictment.

    3.    The property referenced in paragraph 2, subparagraphs a, b, and c above includes, but is not limited to, video recorders and accessories, cameras, computer hardware, such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software, including the specific equipment listed:

- Black Samsung Cellphone, FCC ID: A3LSMJ737; IMEI: 354805092008279
- Canon Powershot 50750 Camera, Serial No. 6423705573

- Black Apple iPod, Serial No. C3RJVEOJF96T

All pursuant to Title 18, United States Code, Sections 2253 and 2428.

A TRUE BILL,

s/Foreperson

_____
FOREPERSON

s/John Milhiser

_____
JOHN C. MILHISER
UNITED STATES ATTORNEY
EMP